IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:10-CR-65 MAC |
| | § |
| JOSH DREW WILLSIE (7) | § |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 22, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Chris Eason.

On June 29, 2012, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of fifty-one (51) months imprisonment followed by a three (3) year term of supervised release for the offense of Conspiracy to Possess With Intent to Distribute 3, 4- Methylenedioxymethamphetamine. On July 9, 2015, the term of imprisonment was reduced to forty-one (41) months pursuant to 18 U.S.C. § 3582(c)(2). Defendant began his term of supervision on October 30, 2015. This case was transferred to the Honorable Marcia A. Crone, on October 4, 2017.

On November 6, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 614). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not

purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer; and (4) Defendant shall participate in a program of testing and treatment for alcohol and drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer.

The Petition alleges that Defendant committed the following violations: (1) On or about April 20, 2017, Defendant submitted a urine specimen to U.S. Probation Officer Jeremiah Schultz, which screened positive for marijuana; (2) On or about April 20, 2017, Defendant verbally admitted to using marijuana six or seven times during the month of April 2017; (3) On September 18, 21, and 26, 2017, Defendant was instructed to report to U.S. Probation Officer Salas, at the Dallas Office. Defendant failed to report as instructed and his current whereabouts are unknown at this time; (4) On September 16, 2017, Defendant failed to submit a urine specimen at Homeward Bound Inc., in Dallas, Texas. Futhermore, on this same date, Defendant was instructed to report to the Dallas Office on September 18, 2017, to submit a urine specimen and Defendant failed to do so.

At the hearing, Defendant entered a plea of true to the alleged violations. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 22, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, with thirty (30)

months supervised release to follow.  The Court recommends a mental health assessment while incarcerated. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Seagoville, if appropriate.

    **SIGNED this 30th day of May, 2018.**

 

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE